# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALLEN J. HARRISON

NO. 2023 KW 1068

**DECEMBER 4, 2023**

---

In Re:    Allen  J.  Harrison,  applying  for  supervisory  writs,
          22nd  Judicial  District  Court,  Parish  of  St.  Tammany,
          No. 612593.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

> **WRIT DENIED.**
>                              PMc
>                              CHH
>                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT